Joshua H. Haffner, SBN 188652
(jhh@haffnerlawyers.com)
Michael K. Teiman, SBN 319524
(mt@haffnerlawyers.com)
**HAFFNER LAW PC**
445 South Figueroa Street, Suite 2625
Los Angeles, California 90071
Telephone: (213) 514-5681
Facsimile: (213) 514-5682

Attorneys for Plaintiff

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| BALDAMERO SOLARES-MUNOZ, an individual;<br><br>Plaintiff,<br><br>v.<br><br>TRANSGUARD INSURANCE COMPANY OF AMERICA, INC.; TRANSGUARD GENERAL AGENCY, INC.; NATIONAL ASSOCIATION OF INDEPENDENT TRUCKERS, LLC; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:18-cv-06607-MWF-JC<br>Assigned to: Judge Michael W. Fitzgerald<br>Referred to: Magistrate Judge Jacqueline Chooljian<br><br>**ORDER OF DISMISSAL OF LAWSUIT** |

**ORDER RE DISMISSAL OF LAWSUIT**

Having considered the notice of dismissal and for good cause appearing, IT IS HEREBY ORDERED that this action is dismissed, *with prejudice*, as to all Defendants.

IT IS SO ORDERED.

Dated: March 25, 2019

_____
Judge Michael W. Fitzgerald